AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

#### District of Columbia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:22–mj–00009 |
| Jeffrey Schaefer | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/11/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ Jeffrey Schaefer _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

G. Michael Harvey
2022.01.11
16:06:50 -05'00'

Date:     01/11/2022     _____
                                    _Issuing officer's signature_

City and state:     Washington, D.C.     _____
                                    G. Michael Harvey, U.S. Magistrate Judge
                                    _Printed name and title_

---

### Return

This warrant was received on _(date)_ 01/11/2022 , and the person was arrested on _(date)_ 01/13/2022
at _(city and state)_ Wilmington, Delaware .

Date:  01/13/2022     _____
                                    _Arresting officer's signature_

Brian Donkel, Special Agent
_Printed name and title_